**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2018 DEC 17 A 10: 11

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:18-cr-188-DBH |
| | ) (18 U.S.C. §§ 875(c), 1028(a)(7)) |
| AUSTIN SANTORO | ) |
| | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Transmitting Threatening Interstate Communication)

On about January 30, 2018, in the District of Maine, the defendant,

### AUSTIN SANTORO,

knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, **SANTORO** sent an email message to K.B., M.F., and D.G., in which he threatened to sexually assault them at gunpoint.

In violation of Title 18, United States Code, Section 875(c).

### COUNT TWO
### (Identity Theft)

On about January 30, 2018, in the District of Maine, the defendant,

### AUSTIN SANTORO,

knowingly used in and affecting interstate and foreign commerce, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another actual person, with the intent to commit, and in connection with, unlawful activity that constituted a violation of Federal law. Specifically, **SANTORO** used the name P.S. when

sending a threatening email message to B.F., A.M., D.R., D.Y. and J.A., in violation of Title 18, United States Code, Section 875(c).

In violation of Title 18, United States Code, Section 1028(a)(7).

## FORFEITURE ALLEGATION

The grand jury further charges that:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 1028 set forth in Count Two of this Information, the defendant,

**AUSTIN SANTORO,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to:

    a. One Samsung Galaxy S7 active smartphone, IMEI number 351713084841942;

    b. One Dell Latitude 5480 laptop computer, serial number DR2P0G2.

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 1028(g), and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 1028(b)(5) and 28 U.S.C. § 2461(c).

_____
(ASSISTANT) UNITED STATES ATTORNEY

Dated: 12/14/18