U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

DEC 17 2018

CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

## SYNOPSIS – INFORMATION

| | | |
|---|---|---|
| **Name:** | Austin Santoro | |
| **Address:** (City & State Only) | York, Maine | |
| **Year of Birth and Age:** | 1995 (23 years old) | |
| **Violations:** | Count 1: | Transmitting threatening interstate communications. 18 U.S.C. § 875(c). |
| | Count 2: | Identity theft. 18 U.S.C. § 1028(a)(7). |
| **Penalties:** | Count 1: | Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 875(c). |
| | Count 2: | Class C felony. Not more than 20 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 1028(b)(3)(B). |
| **Supervised Release:** | Counts 1, 2: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1, 2: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1, 2: | Not more than 3 years, less term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | J. Hilary Billings, Assistant Federal Defender | |
| **Primary Investigative Agency and Case Agent Name:** | Homeland Security Investigations Special Agent Derek Dunn | |
| **Detention Status:** | Defendant is detained. | |
| **Foreign National:** | No | |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | York |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A). |