# United States Court of Appeals
## For the First Circuit

No. 19-1517

UNITED STATES

Appellee

v.

AUSTIN SANTORO

Defendant - Appellant

**JUDGMENT**

Entered: May 29, 2019
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith**.**

By the Court:

Maria R. Hamilton, Clerk

cc:
Renee M. Bunker
Craig Michael Wolff
Donald E. Clark
J. Hilary Billings